**U.S. Department of Justice**

Civil Division

*Washington, DC 20530*

JAN 24 2017

Nathan M. Peak, Esq.
Ashcroft & Gerel, LLP
4301 Garden City Dr., Suite 301
Landover, MD 20785

Re: *U.S. ex rel. Burke v. St. Jude Medical, Inc.* (D. Md.)

Dear Mr. Peak

I am in receipt of the complaint and material disclosures made in support of the above-referenced action under the False Claims Act, 31 U.S.C. §§ 3729-33.

Please be advised that the United States has information suggesting that the qui tam action may be barred by the False Claims Act's public disclosure bar. *See* 31 U.S.C. § 3730(e)(4). That section provides that a relator will be barred from pursuing allegations that were the subject of certain types of prior public disclosures of allegations or transactions. The complaint allegations appear to be based on "public disclosure[s] of allegations or transactions" as used in the False Claims Act.

Although the United States does not intend to seek the dismissal of Ms. Burke's complaint at this time, the government does not agree and cannot be deemed to agree that Ms. Burke is a proper relator. The United States reserves the right to assert the public disclosure bar under section 3730(e)(4) or any other applicable provision of the False Claims Act as a limitation on your client's claim to a share of any judgment or settlement amounts.

We continue to diligently investigate the matters referred to in the complaint, and we may request your cooperation and assistance with the investigation. Thank you for your attention to this matter.

Sincerely,

Jonathan H. Gold
Trial Attorney
Commercial Litigation Branch