ASHCRAFT & GEREL, LLP
ATTORNEYS AND COUNSELLORS AT LAW
A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS*
SUITE 301
4301 GARDEN CITY DRIVE
LANDOVER, MARYLAND 20785
(301) 459-8400
FAX (301) 459-1364

ROCKVILLE, MD 20852
SUITE 1002
11300 ROCKVILLE PIKE
(301) 770-3737

WASHINGTON, DC 20006
SUITE 700
1825 K STREET, N.W.
(202) 783-6400

BALTIMORE, MD 21202
SUITE 1212
10 EAST BALTIMORE STREET
(410) 539-1122

ALEXANDRIA, VA 22311
SUITE 650
4900 SEMINARY ROAD
(703) 931-5500

DISTRICT OF COLUMBIA
ALLEN J. LOWE
CHRISTOPHER V. TISI
REBEKAH R. MILLER
JERRY D. SPITZ
BENJAMIN E. DOUGLAS
DREW B. LaFRAMBOISE
JILLIAN M. PETRELLA

MARYLAND
ROBERT G. SAMET
ROBERT P. ENDERLE
DAVID M. LAYTON
ROBERT A. FLACK
ALAN J. MENSH
SAMUEL G. LYNN
NATHAN M. PEAK
MICHAEL C. LIND
STEPHEN M. GENSEMER
PATRICK K. LYONS
JENNIFER L. HUISMAN

VIRGINIA
LAWRENCE J. PASCAL
JAMES F. GREEN
MICHELLE A. PARFITT
CRAIG A. BROWN
DAVID L. BAYNE, JR.
JOSEPH T. MUSSO
SARA E. ANDERSON
AVERY M. ADCOCK

OF COUNSEL
WAYNE M. MANSULLA
WILLIAM F. MULRONEY
L. PALMER FORET
VIRGINIA R. DIAMOND
ERIC M. MAY

LEE C. ASHCRAFT
1908-1993
MARTIN E. GEREL
1918-2011

January 30, 2017

***Via First Class Mail***

Jonathan H. Gold, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

**Re:** ***U.S. ex rel. Debbie Burke v. St. Jude Medical, Inc. (16-cv-3611)***

Dear Mr. Gold:

We are in receipt of your letter dated January 24, 2017 regarding the above captioned case recently filed under the False Claims Act. We write in response to the United States' position stated in that letter that "the government does not agree and cannot be deemed to agree that Ms. Burke is a proper relator" because the "United States has information suggesting that the qui tam action may be barred by the False Claims Act's public disclosure bar." We do not agree.

While your letter does not identify any claimed public disclosures, we are aware of the Star Tribune news article regarding St. Jude Medical and disclosed the article to the government. As is clearly indicated in that article, and as fully explained in the Relator's disclosure statement, Ms. Burke is an original source of the allegations in her complaint and we are confident that the District of Maryland would find her to be an original source if the matter were to be litigated. We are happy to discuss this matter with you further, but also acknowledge that substantive discussions to that end at this time may be premature. Thank you.

Very truly yours,

Nathan M. Peak

cc: Thomas F. Corcoran, Esq.

THIS FIRM AND ITS PARTNERS ARE ALSO PARTNERS IN HERMAN GEREL, LLP
11